Wyoming County NEW York State

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## Western District of New York

Case No. **25 CV 494**
(to be filled in by the Clerk's Office)

Daniel S. Murray plaintiff
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

① Attica Correctional Facility
② Julie Wolcott (warden)
③ Minik (Correctional facility)
④ State of NEW York

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Defendants

JURY TRIAL: Yes ✓ No ___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Daniel S. Murray
  All other names by which you have been known:
  ID Number: 17360
  Current Institution: Warren County Jail
  Address: 1400 State Route 9
  Lake George, NY 12845
  City / State / Zip Code

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Attica Correctional Facility
  Job or Title (if known): prison
  Shield Number:
  Employer: (NYS DOCCS)
  Address: 639 Exchange Street
  Attica, NY 14011-0149
  City / State / Zip Code
  [X] Individual capacity  [ ] Official capacity

  Defendant No. 2
  Name: Julie Wolcott
  Job or Title (if known): Warden
  Shield Number:
  Employer: (NYS DOCCS)
  Address: 639 Exchange Street
  Attica, NY 14011-0149
  City / State / Zip Code
  [X] Individual capacity  [ ] Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Officer "MiNiK"
Job or Title (if known): Correctional Officer
Shield Number:
Employer: (NYSDOCCS) Attica Correctional Facility
Address: 639 Exchange Street
Attica, NY 14011-0149
[X] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: State of New York
Job or Title (if known): Correctional Services
Shield Number: The Harriman Campus Bldg 4
Employer: (NYSDOCCS) The Capitol
Address: 1220 Washington Ave
Albany, NY 12226
[X] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 14th, 10th, 8th, 6th, 4th and 1st Constitutional Rights all Been Violated. I Been Injured over and over Sexually Abused By Correctional Officers

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My 14th, 10th, 8th, 6th, 4th, And 1st Constitutional Rights All Been Violated

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

My 14th, 10th, 8th, 6th, 4th, and 1st Constitutional Rights Been violated.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Correctional officer Sexually Abused me. And His Boss the warden puts Him Closer to me to my work stations so it keeps happening. I got Seriously Injured And Sexually Abused not to mention I got Stabbed And Cut over this officer Doing this

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)* County Sentence Prisoner

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
In Attica correctional facility 2023 July 19th

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
July 19th 2023 This is on Record grievance Deemed fully Exhausted I got Sexually Abused By officer Monik And The other Defendants let it Still go down

Higher ups knew of officer assault and did nothing to stop the abuse. I got into trouble and retaliated against and discriminated against

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur? Well July 14th 2024 7:45 night to 8:45 night C. Block Hallway leading to Rec Yard on C Block

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I got sexually abused over and over by officer Minik. I let his superiors know he done this it was on camera. There is camera and audio footage and (F.O.I.L) Department wrote me back and said they got it on camera and audio for court they preserved it for court

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes I have injuries I had to go to medical and due to retaliation and discrimination officer Minik payed other inmates to stabb and cut me.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am seeking damages to injuries $2,000,000.00 from each listed defendant above for injuring me and putting me in harms way when I asked for help. Not only was I getting sexually abused by the officer, officer payed someone to stabb and cut me. I asked for help and to be moved away from officer warden Julie Wolcott defendant denied it and put the officer in my work station. My 14th, 10th, 8th, 6th, 4th and 1st Constitutional Rights were violated against me and I got furthered injured due to retaliation & discrimination got medical denied. Medical malpractice (Actual Injury) (I.I.E.D) (Inadequate medical) pain & suffering Cruel and unusual punishment, inhuman treatment,

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Attica Correctional facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Was Deemed Exhausted 2x I filed 2 Grievances on this Situation Both Times it was Automatically Exhausted Fully Exhausted As it Stated 23-1511 and 23-1809 Exhausted Grievances

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance? Attica Correctional facility

2. What did you claim in your grievance? I got Sexually Abused By Correctional officer And I Also Called (Prea) I went Above And Byond just to get further Assulted And Injured

3. What was the result, if any? Told me I was Exhausted

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Exhausted Sexual Abused victims Are Automatically Exhausted on grievence Claims to go to Cort to get further Relif I was told Every time I Asked for Help And Reported this I got assulted Again

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: This is All on file, Camera, video Audio I got All the Info! I have proof I filed them They Are on my files my Grievance logs And All grievences

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Told Everyone the more I Told to get Away from situations The more Injuries I Received for doing so.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Sexually Abused is Automatic Exhausted Thats What (Corc) States

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

None But please Get me An Index # So I Can file more motions With The Court And Also Send Exhibits for this Case Thank you

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Danrys Murray
Prison Identification #: 17360
Prison Address: Warren County Jail
Lake George, NY 12845

B. For Attorneys

Date of signing: _____

Signature of Attorney: Pro Se. (I.F.P) I filed
Printed Name of Attorney: to get (I.F.P)
Bar Number:
Name of Law Firm: Indigent
Address: status on
City / State / Zip Code: Claim

Telephone Number:
E-mail Address:

Wyoming County New York State
_____

Daniel S. Murray Plaintiff

V.                                Case # 25CV494

① Attica Correctional facility    Jury Trial
② Julie Wolcott Warden            ☒ Yes ☐ No
③ Officer Minik
④ New York State              Defendants

[Motion to the Court to Except this "1983 Lawsuit" And issue me an Index # so I can file more Motions and Exhibits with the Court.]

I Am the plaintiff Daniel S. Murray and Here is the Story for the Court. On July 19th 2023 I was walking out to Rec Yard in (C.) Block in Attica officer Minik puts me on the wall for A pat frisk He was playen with my Balls. Now mind you this is the 10th time He did this to me He waited for the whole Block to go out Making me grab A hold of the wall. This was His 3rd time He stuck his Hands down my pants. I filed A grievence. It got Deemed immediatly Exhausted I Asked to Have Him Arrested And fired on the Spot. But neither nor Him or me got moved Away from (C.) Block. This was the Injury. I Am Seeking $2,000,000.00 from Each Said Defendant listed Above There Are ongoing Injuries to Claim This officer And warden Had me Jumped And Stabbed I got cut on A (PC) Block once I put my self in pc over this I got cut

[page 1 of 2]
Read Back page for Additional page →

I Asked And Asked for Help. I got Harassed And further Injured Due to The Discrimination and Retaliation. This All Took place on Camera in C. Block in Attica prison the Audio and Camera footage Been Save through Albany. I Asked The (F.O.I.L) Department to save Camera And Audio on this Case And I have other Officers As witnesses they came foward And This is why I am submitting this case Also another reason why I am Submitting the case so the further Injuries Stop. Thank You. Also I hope that officer "Minik" Looses his Job So he does not do this no more And also the Warden miss Julie Wolcott She never listened always left you in A place to get further Injured I Asked for Help She denies It. She only Responded to me when I tryed To Send my family An email telling them to Send the State police into talk to me About me Constantly getting Sexually Abused By this Officer. He DID not get moved As A matter of fact I was working main messhall he got put there for His Job assignment so he could violate me At His Job. MY 14th, 10th, 8th, 6th, 4th, And 1st constitutional Rights Been violated on this.
Respectfully Yours to the Court.
Daniel S Murray        05-30-25